Filed          18-CI-00082          Pam W. Perry, Trigg Circuit Clerk
                                        04/29/2018 10:57:02 AM
                                        86941

# COMMONWEALTH OF KENTUCKY
## TRIGG CIRCUIT COURT
### CIVIL ACTION NO. _____

### *Electronically Filed*

TIFFANY LOCKE                                                                PLAINTIFF

v.                               **<u>COMPLAINT</u>**

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
2200 S. 75th Avenue
Phoenix, AZ 85043

      <u>Serve</u>: KENTUCKY SECRETARY OF STATE (KRS 454.210(3)(c))
            MAIL TO:

            SWIFT TRANSPORTATION CO. OF ARIZONA
            c/o NATIONAL REGISTERED AGENTS, INC.
            160 Greentree Drive, Ste 101
            Dover, DE 19904

and

TEVIN J. DAVIS                                                               DEFENDANTS
324 New Fort Browder Rd.
Eufaula, AL 36027

      <u>Serve</u>: KENTUCKY SECRETARY OF STATE (KRS 454.210(3)(c))
            MAIL TO:

            Tevin J. Davis
            324 New Fort Browder Rd.
            Eufaula, AL 36027

*** *** *** *** *** ***

      Comes the Plaintiff, Tiffany Locke, by and through counsel, and for their causes

of action against the Defendants herein, state as follows:

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000001 of 000010

Filed                    18-CI-00082                Pam W. Perry, Trigg Circuit ClerkORIGINAL DOCUMENT
                                                                         04/29/2018 10:57:02 AM
                                                                         86941

## INTRODUCTION

1.      On April 26, 2016 Tiffany Locke was driving in the left lane on Interstate 24 through Trigg County.  She had been on a work assignment and was on her way back home to her husband and two children in Murfreesboro, Tennessee.  A Swift Transportation tractor trailer being driven by Tevin Davis was pulled off to the shoulder of the interstate along the route of Tiffany's travel.  The Swift tractor trailer then recklessly re-entered the interstate directly in the path of Tiffany and other oncoming traffic.  Tiffany had little time and no escape route; the lane to her left was occupied by another vehicle.  Despite her efforts to avoid the Swift tractor trailer, a violent crash occurred.  Tiffany was trapped in her vehicle and barely retained consciousness while bystanders attempted to assist.  She went through a severe concussion and eventually blacked out.   Now, nearly two years later, Tiffany continues to suffer the residual effects of her injuries and undergo rehabilitative medical care.  She presents this action for all damages she has sustained and will sustain in the future as a result of this crash and the negligent, reckless, grossly negligent, punitive conduct of the Defendants herein.

## JURISDICTION AND VENUE

2.      The incident giving rise to this action occurred on April 26, 2016 on Interstate 24 in Trigg County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court.

## PARTIES

3.      Plaintiff Tiffany Locke is, and was at all times relevant herein, a resident of Murfreesboro, Rutherford County, Tennessee.

4.      Upon information and belief, Tevin Davis ("Davis") is, and was at all times

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000002 of 000010

2

Filed                    18-CI-00082                Pam W. Perry, Trigg Circuit Clerk    ORIGINAL DOCUMENT
                                                                        04/29/2018 10:57:02 AM
                                                                        86941

relevant herein, a resident Eufaula, Alabama, with a mailing address of 324 New Fort

Browder Rd., Eufaula, Alabama 36027.

5.      Upon information and belief, Swift Transportation, Co. of Arizona (referred

to herein as "Swift") is a foreign for-profit corporation who, despite not being registered

to do business in Kentucky, was indeed doing business in Kentucky at all relevant times

herein.

### FACTS COMMON TO ALL COUNTS

6.      At all times material hereto, Swift operated as a motor carrier engaged in

interstate commerce and is registered with the U.S. Department of Transportation under

DOT number 54283.

7.      The provisions of 49 CFR 301-399, commonly referred to as the "Federal

Motor Carrier Safety Regulations or "FMCSRs" are applicable to this case and Swift and

Davis were required to obey these regulations at the time of the subject crash and at all

relevant times prior to the crash.

8.      That, at the time of the subject crash, Davis was operating within the

scope and ordinary course of his employment with Swift.

9.      That, upon information and belief, Davis had to meet minimum driver

criteria set out by Swift Transportation prior to operating a Swift tractor.

10.     That, upon information and belief, Defendant Davis had a Swift ID number

at the time of the crash and was driving under Swift's operating authority.

11.     Swift was, on the date of the crash referenced herein, responsible for the

dispatch of Davis, was listed on the bills of lading which Davis would receive, was the

custodian of Davis's paper logs, and permitted Davis to operate the connected power

Presiding Judge: HON. C.A. WOODALL (656279)

3

COM : 000003 of 000010

Filed          18-CI-00082          Pam W. Perry, Trigg Circuit Clerk          NOT ORIGINAL DOCUMENT
04/29/2018 10:57:02 AM
86941

unit under Swift Transportation's operating authority.

12.     That Swift owned and/or leased the tractor and connected trailer being operated by Davis at the time of the subject crash.

13.     That Swift, upon information and belief, dispatched the load being hauled by Davis at the time of the subject crash.

14.     That Swift, upon information and belief, was responsible for monitoring Davis's fatigue, driver fitness, compliance with hours of service regulations and overall driver qualification at the time of the subject crash.

15.     That Swift, at the time of the subject crash, was responsible for the inspection, maintenance and repairs of the tractor and trailer which were attached to the tractor being driver by Davis at the time of the subject crash.

16.     That on April 26, 2016, as a result of a DOT roadside inspection, the commercial vehicle being operated by Davis was cited for violations of 49 CFR 393.9 (inoperable head lamps), 393.45 (brake hose tubing chafing and/or kinking) and 393.209 (steering components worn, welded or missing).

17.     That on April 26, 2016, as a result of a DOT roadside inspection, the Swift commercial vehicle being operated by Davis was placed out of service.

18.     That, by virtue of receiving Defendant Davis's daily driver logs, fuel receipts and shipping documents on a daily basis, Swift assumed the responsibility of monitoring and auditing these documents to assure that Defendant Davis was not exceeding his hours of service and that his logs were consistent with the information reflected on his fuel receipts and shipping documents.

19.     That on April 26, 2016, Tiffany Locke was driving an SUV through Trigg

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000004 of 000010

4

Filed                    18-CI-00082                    Pam W. Perry, Trigg Circuit Clerk    ELECTRONICALLY FILED DOCUMENT
04/29/2018 10:57:02 AM
86941

County while seat belted with the cruise control set within the speed limit Lexus on Interstate 24.

20.   That Defendant Davis had the Swift commercial vehicle pulled onto the shoulder off Interstate 24 in Trigg County.

21.   That Defendant Davis violated state law and Swift company policy when he pulled on the shoulder of Interstate 24 and remained there.

22.   That Defendant Davis, without adequately scanning the roadway, proceeded to return to the Interstate driving the Swift tractor trailer directly into the path of Tiffany.

23.   That Defendant Davis, at the time he returned the tractor trailer to the roadway, was not keeping a proper lookout, failed to properly use his mirrors, was driving distracted, was operating at a speed which was far below that which would be a safe minimum speed in the area, was failing to yield to oncoming motorists with the right of way, was failing to provide enough space for oncoming motorists to safely slow behind him and was failing to assure that oncoming motorists had clearance to merge into the left lane in order to safely pass him.

24.   That Defendant Davis was inattentive, distracted and/or fatigued leading up to the subject crash.

25.   That Tiffany, as a direct and proximate result of the Defendants' inability to adhere to their respective duties, had a crash (referenced herein as the subject crash) with the Swift tractor trailer, causing her to suffer severe injuries and damages.

26.   That, upon information and belief, the tractor being operated by Defendant Davis was equipped with a DriveCam device at the time of the crash using DriveCam

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000005 of 000010

5

Filed            18-CI-00082          Pam W. Perry, Trigg Circuit Clerk      ELECTRONICALLY FILED DOCUMENT
                                                                        04/29/2018 10:57:02 AM
                                                                        86941

technology.

27.    The DriveCam inside the Swift tractor being operated by Davis at the time of the subject crash had an inward and outward facing video event recorder which captures at least 10 seconds of video before and after a crash event.

28.    That, under Swift policies and procedures, the DriveCam video related to the subject crash was required to be saved, preserved and reviewed for unsafe behavior and the potential need for corrective action.

29.    That the Defendants had a duty to comply with the Federal Motor Carrier Safety Regulations so as to protect the general public, including Plaintiff Tiffany Locke, from the unsafe operation of commercial vehicles. Plaintiff belongs to the class of persons that these safety regulations were intended to protect, and the personal injuries and damages sustained by the Plaintiff were the types of injuries against which the safety regulations were intended to protect.

30.    That, upon information and belief, Davis maintained an active CDL license at the time of the subject crash and thus was subject to compliance with all regulations and governing bodies relative to the same including, but limited to, compliance with the rules set forth in the Model CDL manual.

31.    That the injuries and the resultant damages to the Plaintiff were the direct and proximate result of the negligence, gross negligence, negligence per se, negligent hiring/training/supervision/retention and punitive conduct of the Defendants.

## COUNT I – NEGLIGENCE, GROSS NEGLIGENCE

32.    The Plaintiff re-alleges the allegations above and incorporates the same by reference herein.

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000006 of 000010

Filed            18-CI-00082      04/23/2018          Pam W. Perry, Trigg Circuit Clerk

Filed                18-CI-00082          Pam W. Perry, Trigg Circuit Clerk ORIGINAL DOCUMENT
04/29/2018 10:57:02 AM
86941

33.     The Defendants breached their duties of reasonable care owed to members of the roadway, including Plaintiff Tiffany Locke, with each breach serving as a direct and proximate cause of the Plaintiff' injuries and damages.

34.     The Defendants' conduct was negligent, reckless, grossly negligent, malicious, careless, willful and wanton.

## COUNT II – NEGLIGENCE PER SE

35.     The Plaintiff re-alleges the allegations above and incorporates the same by reference herein.

36.     That, pursuant to KRS 446.070, "[a] person injured by the violation of any statute may recover from the offender such damages as he sustained by reason of the violation, although a penalty or forfeiture is imposed for such violation."

37.     That pursuant to KRS 446.070, the Plaintiff suffered damages which were a direct and proximate result of the Defendants' statutory violations.

38.     That the Defendant Davis violated KRS 189.290, 189.380(1,2), 189.390(7), 189.450, each of which are statutes designed to present crashes such as the one which occurred in this case (as emphasized in KRS 189.670). The Defendant's violations of these statutes and any other relevant statutes were direct and proximate causes of the subject crash and the Plaintiff's damages.

39.     That, at all times relevant herein, the Defendants were required to comply with 601 KAR 1:005 and, as such, the Defendants had a duty to comply with the Federal Motor Carrier Safety Regulations and Transportation Security Administration Regulations: 49 C.F.R. 40, 49 C.F.R. 300—399 and 49 C.F.R. 1572. The Defendants

7

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000007 of 000010

Filed          18-CI-00082          Pam W. Perry, Trigg Circuit Clerk    ORIGINAL DOCUMENT
04/29/2018 10:57:02 AM
86941

violated multiple provisions of these regulations, each of which were promulgated to prevent crashes similar to the subject crash.

40.     Tiffany Locke is in the class of persons intended to be protected by the statutes and regulations violated by the Defendants.

41.     In addition to the statutory and regulatory violations identified above, the Plaintiff reserves the right to allege additional statutory and regulatory violations as those violations are discovered through the course of discovery

## COUNT III – NEGLIGENT HIRING, TRAINING, RETENTION AND SUPERVISION

42.     The Plaintiff re-alleges the allegations above and incorporates the same by reference herein.

43.     Swift negligently hired, trained, supervised and/or retained Defendant Davis and this conduct served as direct and proximate causes to the subject crash and resultant damages.

## COUNT IV – VICARIOUS LIABILITY & RESPONDEAT SUPERIOR

44.     The Plaintiff re-alleges the allegations above and incorporates the same by reference herein.

45.     Swift Transportation is liable for the tortious conduct of their employees, agents and those driving under their authority on their behalf and under Swift Transportation's operating authority and/or operating their equipment.

46.     The negligence, carelessness, gross negligence, recklessness, negligence per se and/or wrongful acts of Davis are imputed to Swift. Swift is vicariously liable to the Plaintiff for Davis's actions and is also liable under the doctrine of respondeat superior.

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000008 of 000010

Filed          18-CI-00082     04/23/2018          Pam W. Perry, Trigg Circuit Clerk

Filed                18-CI-00082          Pam W. Perry, Trigg Circuit Clerk ORIGINAL DOCUMENT
04/29/2018 10:57:02 AM
86941

## COUNT V: LIABILITY FOR PUNITIVE DAMAGES UNDER COMMON LAW AND KRS 411.184 KRS 411.186

47.     That the conduct of the Defendants herein, both jointly and severally, constituted a flagrant disregard for the rights, lives and safety of others, including Tiffany Locke, with a subjective awareness that such conduct would likely result in human death and/or bodily harm.

48.     That, pursuant to common law, KRS 411.184, and KRS 411.186, Plaintiff is entitled to punitive damages from each of the Defendants.

## DAMAGES COMMON TO ALL COUNTS

49.     That Plaintiff Tiffany Locke is entitled to damages from the Defendants for her past and future medical expenses, past and future lost wages, permanent impairment of her power to labor and earn income, past and future pain, suffering, mental anguish and inconvenience, her increased risk for future injuries and damages, her incidental and consequential including, but not limited to, replacement services, vocational rehabilitation, replacement services, school expenses and job training, and/or any other damages to which she is entitled, to specifically include but not be limited to punitive damages. The claimed damages are in excess of the jurisdictional limits of this Court.

**WHEREFORE**, Plaintiff, by counsel, demand as follows:

1.     That the Clerk of this Court issue Summons to each Defendant.

2.     Judgment against Defendants, jointly and severally, in favor of Plaintiff Tiffany Locke for her claimed damages and all other damages to which she may be entitled.

3.     Punitive Damages.

9

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000009 of 000010

Filed                18-CI-00082               Pam W. Perry, Trigg Circuit Clerk    ORIGINAL DOCUMENT
04/29/2018 10:57:02 AM
86941

4.      Pre-judgment and post-judgment interest.

5.      Attorney fees and court costs;

6.      Trial by jury; and

7.      Any and all just and proper relief to which Plaintiff may appear entitled

from the Defendants, including the right to amend this Complaint.


Respectfully submitted,

**SAM AGUIAR INJURY LAWYERS, PLLC**


*/s/ Sam Aguiar*
Sam Aguiar
Jonathan B. Hollan
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206
Phone: (502) 813-8900
Fax: (502) 491-3946
sam@kylawoffice.com
jhollan@kylawoffice.com
*Counsel for Plaintiff*

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000010 of 000010

10

NOT ORIGINAL DOCUMENT
08/02/2018 01:51:22 PM
Srhickey@kopkalaw.com

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00082**<br>Court: **CIRCUIT**<br>County: **TRIGG** |

*Plaintiff,* **LOCKE, TIFFANY VS. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,**, *Defendant*

TO:  **NATIONAL REGISTERED AGENTS, INC.**
      **160 GREENTREE DRIVE**
      **SUITE 101**
      **DOVER, DE 19904**

Memo: Related party is SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

The Commonwealth of Kentucky to Defendant:
**SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

             /s/ Pam W. Perry, Trigg Circuit Clerk
             Date: **04/23/2018**

Presiding Judge: HON. C.A. WOODALL (656279)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____

                                _____
                                  Served By

                                _____
                                  Title

CI : **000001 of 000001**

Summons ID: @00000026183
CIRCUIT: 18-CI-00082 Long Arm Statute – Secretary of State
LOCKE, TIFFANY VS. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,



eFiled

NOT ORIGINAL DOCUMENT
08/02/2018 01:50:45 PM
Srhickey@kopkalaw.com

| AOC-E-105    Sum Code: CI | | Case #: **18-CI-00082** |
| --- | --- | --- |



AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **18-CI-00082**
Court:  **CIRCUIT**
County: **TRIGG**

---

*Plantiff,* **LOCKE, TIFFANY VS. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,,** *Defendant*

TO:  **TEVIN J. DAVIS**

  **324 NEW FORT BROWDER ROAD**

  **EUFAULA, AL 36027**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

    /s/ Pam W. Perry, Trigg Circuit Clerk

    Date: **04/23/2018**

Presiding Judge: HON. C.A. WOODALL (656279)

---

## Proof of Service

 This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

 Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000026182
CIRCUIT: 18-CI-00082 Long Arm Statute – SOS - Restricted Delivery
LOCKE, TIFFANY VS. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,



**eFiled**

Page 1 of 1



COMMONWEALTH OF KENTUCKY
TRIGG CIRCUIT COURT
CIVIL ACTION NO. 18-CI-00082

ENTERED
DATE: 7/26/18
PAM W. PERRY, CLERK
TRIGG CO CIRCUIT/DISTRICT COURT
BY: _____ D.C.

*Electronically Filed*

TIFFANY LOCKE                                                          PLAINTIFF

v.                              **ORDER**

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.          DEFENDANTS

* * * * * * * * *

This matter having come before the Court upon Sam Aguiar, Jonathan B. Hollan and Marc

Breit's Motion to Withdrawal as Counsel, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

Sam Aguiar and Jonathan B. Hollan with Sam Aguiar Injury Lawyers, PLLC and Marc

Breit, Breit Law Office, PLLC, are formally withdrawn as counsel for Plaintiff Tiffany Locke. The

circuit clerk shall not send any additional pleadings or case-related documents to Sam Aguiar,

Jonathan B. Hollan and/or Marc Breit.

SIGNED this _____ day of _____ July _____, 2018.

_____
JUDGE TRIGG CIRCUIT COURT

**TENDERED BY:**

/s/ Jonathan B. Hollan
Sam Aguiar
Jonathan B. Hollan
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206
Phone: (502) 813-8900
Fax: (502) 491-3946
sam@kylawoffice.com
jhollan@kylawoffice.com

TD : 000001 of 000002

-and-

*/s/ Marc Breit (w/ permission)*
Marc Breit
Breit Law Office, PLLC
214 S. 8th Street, Ste 300
Louisville, KY 40202
Phone: (502) 583-5581
marc@breitlaw.com

**DISTRIBUTION TO:**

Sam Aguiar
Jonathan B. Hollan
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206

Marc Breit
Breit Law Office, PLLC
214 S. 8th Street, Ste 300
Louisville, KY 40202

Stockard R. Hickey, III
Kopka Pinkus Dolin, PC
301 E. Main Street, Suite 400
Lexington, Kentucky 40507

N. Austin Kennady
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, Kentucky 42002-1876

Matthew Wright
Wright Law, PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067

TD : 000002 of 000002

**COMMONWEALTH OF KENTUCKY**
**TRIGG CIRCUIT COURT**
**CIVIL ACTION NO.  18-CI-00082**

**TIFFANY LOCKE**                                                             **PLAINTIFF**

**v.**

**SWIFT TRANSPORTATION CO. OF**
**ARIZONA, LLC and TEVIN J. DAVIS**                          **DEFENDANTS**

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Please take notice that N. Austin Kennady of the Bryant Law Center P.S.C., hereby

enters his appearance as co-counsel for the Plaintiff Tiffany Locke in the above captioned action.

Please forward all pleadings, correspondence, and discovery directly to the undersigned.

Respectfully submitted,

Bryant Law Center, PSC

N. Austin Kennady
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY  42002-1876
(270)442-1422 phone
(270) 443-8788 fax
austin.kennady@bryantpsc.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U. S. mail postage pre-paid to the following on this the _2nd_ day of _July_, 2018:

Matthew Wright, Esq.
Wright Law PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067

Stockard R. Hickey III, Esq.
Kopka Pinkus Dolin PC
301 E. Main Street, Suite 400
Lexington, Kentucky 40507

and

Sam Aguiar, Esq.
Jonathan B. Hollan, Esq.
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206

N. Austin Kennady
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY  42002

2

COMMONWEALTH OF KENTUCKY
TRIGG CIRCUIT COURT
CIVIL ACTION NO.  18-CI-00082

TIFFANY LOCKE                                                                    PLAINTIFF

v.

SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC and TEVIN J. DAVIS                                    DEFENDANTS

---

## MOTION FOR ADMISSION *PRO HAC VICE*

---

Come the Plaintiff, by counsel N. Austin Kennady, and hereby moves this Court to admit

Hon. Matthew Wright *pro hac vice* in the above-styled action.

1.  Mr. Wright is an attorney with Wright Law PLC.  His address is 840 Crescent Centre
    Drive, Suite 310, Franklin, Tennessee 37067.

2.  Mr. Wright is a Tennessee licensed attorney in good standing with their bar association.
    See Affidavit of Matthew Wright, attached as *Exhibit 1*.

3.  Mr. Wright has paid the fee required by the Kentucky Bar Association.  See receipt,
    attached as *Exhibit 2*.

4.  Mr. Wright consents to be subject to the jurisdiction and rules of the Kentucky Supreme
    Court governing professional conduct and the local rules of the Trigg Circuit Court.

5.  Mr. Wright has not been the subject of any disciplinary action by the bar or courts of any
    jurisdiction in which he is licensed, nor has he been denied admission to the courts of any
    state or to any federal court.

WHEREFORE, Plaintiff, Tiffany Locke, respectfully requests that the Court enter the

attached Order permitting Mr. Wright to appear and participate in the above-captioned action

as co-counsel for Tiffany Locke.

Respectfully submitted,

Bryant Law Center, PSC

N. AUSTIN KENNADY
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY  42002-1876
(270)442-1422 phone
(270) 443-8788 fax
austin.kennady@bryantpsc.com

## **NOTICE**

Please take notice that the foregoing Motion will be brought on for hearing before the

Trigg Circuit Court, at the hour of 9:00 a.m. on Wednesday, July 11, 2018, or as soon thereafter

as the Court may order.

N. AUSTIN KENNADY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was caused to be sent by U.S. mail to the following on this the 2nd day of July, 2018:

Matthew Wright, Esq.
Wright Law PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067

Stockard R. Hickey III, Esq.
Kopka Pinkus Dolin PC
301 E. Main Street, Suite 400
Lexington, Kentucky 40507

and

Sam Aguiar, Esq.
Jonathan B. Hollan, Esq.
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206

N. Austin Kennady
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY 42002

**COMMONWEALTH OF KENTUCKY**
**TRIGG CIRCUIT COURT**
**CIVIL ACTION NO.  18-CI-00082**

**TIFFANY LOCKE**                                                               **PLAINTIFF**

**v.**

**SWIFT TRANSPORTATION CO. OF**
**ARIZONA, LLC and TEVIN J. DAVIS**                                  **DEFENDANTS**

---

### AFFIDAVIT OF MATTHEW WRIGHT

---

I, Matthew Wright, hereby declare as follows:

1.  I submit this affidavit in support of my admission *pro hac vice* in the above-
    captioned case for the purpose of appearing as co-counsel for the Plaintiff,
    Tiffany Locke.

2.  I am a member of Wright Law PLC in Franklin, Tennessee.  My office is 840
    Crescent Centre Drive, Suite 310, Franklin, Tennessee 37067.  My office
    telephone number is (615) 455-3588 and the fax number is (615) 468-4540.

3.  I am not, nor have I ever been, subject to any disciplinary proceeding in any
    jurisdiction in which I have been admitted to practice law.  I am not under
    suspension or disbarment by any Court.

4.  There are no suspension or disciplinary actions pending against me in any
    jurisdiction.

5.  I hereby consent to being subject to the jurisdiction and rules of the Kentucky
    Supreme Court governing professional conduct, along with the governing



PLAINTIFF'S
EXHIBIT

/

rules of this Court. I will at all times abide by and comply with these rules as long as this case of action is pending.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7. I have as co-counsel attorney N. Austin Kennady, who is licensed to practice law in the Commonwealth of Kentucky.

Executed on the 29 day of June, 2018.

Matthew Wright

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me by _Matthew Wright_ on this the 29 day of June, 2018.

My Commission expires: 7/11/21

Notary Public, State at Large



**Kentucky Bar Association**
514 West Main Street
Frankfort, KY 40601 -1812
(502) 564-3795



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2018 | 200033181 |

| Bill To | Recipient Information |
|---------|----------------------|
| Matthew Wright<br>Wright Law, PLC<br>840 Crescent Centre Drive<br>Ste. 310<br>Franklin, TN 37067<br>United States | Matthew Wright<br>Wright Law, PLC<br>840 Crescent Centre Drive<br>Ste. 310<br>Franklin, TN 37067<br>United States |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 6/29/2018 |

| Date | Qty | Description | Price | Totals |
|------|-----|-------------|-------|--------|
| 6/29/2018 | 1 | Pro Hac Fee (Amount includes a 3.50% Administrative Processing Fee) | $320.85 | $320.85 |
| | | | Sub-Total | $320.85 |
| | | | Total | $320.85 |

## Payments/Refunds

| Date | Qty | Description | Price | Totals |
|------|-----|-------------|-------|--------|
| 6/29/2018 | 1 | Payment via Credit Card (using card xxxxxxxxxxx1007)<br>*Applied to invoice on 6/29/2018 11:23:06 AM* | ($320.85) | ($320.85) |
| | | | Total Payments/Refunds | ($320.85) |
| | | | Balance Due | $0.00 |

**Comments:**
The Kentucky Bar Association certifies that Matthew Wright has paid the per-case fee of $310.00 on June 29, 2018 for the Trigg County Circuit Court Case #18-CI-00082 as required in SCR 3.030(2).
Pro hac vice #PH15548214.



PLAINTIFF'S
EXHIBIT

2

**COMMONWEALTH OF KENTUCKY**
**TRIGG CIRCUIT COURT**
**CIVIL ACTION NO.  18-CI-00082**

**TIFFANY LOCKE**                                                                                    **PLAINTIFFS**

**v.**

**SWIFT TRANSPORTATION CO. OF**
**ARIZONA, LLC and TEVIN J. DAVIS**                                          **DEFENDANTS**

---

### ORDER OF ADMISSION *PRO HAC VICE*
### FOR ATTORNEY MATTHEW WRIGHT

---

THIS MATTER coming before the Court on Motion for Admission *Pro Hac Vice* to allow attorney Matthew Wright to enter the instant matter as counsel for Plaintiff Tiffany Locke and the Court having read the pleadings on file, heard the arguments of counsel and being fully apprised of the matter, finds and orders as follows:

The Motion is GRANTED.  Attorney Matthew Wright is granted leave to participate as counsel for the Plaintiff in the above-captioned matter.

IT IS SO ORDERED

DATED: _____, 2018

_____
JUDGE, Trigg Circuit Court

## CLERK'S CERTIFICATE

I hereby certify that a true copy of the foregoing has been mailed to the following on the

_____ day of _____, 2018:

N. Austin Kennady
Bryant Law Center, PSC
PO Box 1876
Paducah, Kentucky 42002-1876

Matthew Wright, Esq.
Wright Law PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067

Stockard R. Hickey III, Esq.
Kopka Pinkus Dolin PC
301 E. Main Street, Suite 400
Lexington, Kentucky 40507

and

Sam Aguiar, Esq.
Jonathan B. Hollan, Esq.
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206



_____
**CLERK, TRIGG CIRCUIT COURT**

ENTERED

DATE: 7/11/18

PAM W. PERRY, CLERK

TRIGG CO CIRCUIT/DISTRICT COURT

BY: _____ D.C.

COMMONWEALTH OF KENTUCKY
TRIGG CIRCUIT COURT
CIVIL ACTION NO. 18-CI-00082

TIFFANY LOCKE                                                          **PLAINTIFFS**

v.

SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC and TEVIN J. DAVIS                          **DEFENDANTS**

---

### ORDER OF ADMISSION *PRO HAC VICE*
### FOR ATTORNEY MATTHEW WRIGHT

---

THIS MATTER coming before the Court on Motion for Admission *Pro Hac Vice* to allow attorney Matthew Wright to enter the instant matter as counsel for Plaintiff Tiffany Locke and the Court having read the pleadings on file, heard the arguments of counsel and being fully apprised of the matter, finds and orders as follows:

The Motion is GRANTED. Attorney Matthew Wright is granted leave to participate as counsel for the Plaintiff in the above-captioned matter.

IT IS SO ORDERED

DATED: 7-11 , 2018

_____
JUDGE, Trigg Circuit Court

## CLERK'S CERTIFICATE

I hereby certify that a true copy of the foregoing has been mailed to the following on the

_11_ day of _July_ _____, 2018:

N. Austin Kennady
Bryant Law Center, PSC
PO Box 1876
Paducah, Kentucky 42002-1876

Matthew Wright, Esq.
Wright Law PLC
840 Crescent Centre Drive, Suite 310
Franklin, Tennessee 37067

Stockard R. Hickey III, Esq.
Kopka Pinkus Dolin PC
301 E. Main Street, Suite 400
Lexington, Kentucky 40507

and

Sam Aguiar, Esq.
Jonathan B. Hollan, Esq.
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206

_Pam Perry / _____ D.C._

**CLERK, TRIGG CIRCUIT COURT**