## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

**Electronically Filed**

TIFFANY LOCKE                                                       PLAINTIFF

v.                                                  CIVIL ACTION NO.: 5:18-cv-00119-TBR

### NOTICE OF CHANGE OF ADDRESS

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
and
TEVIN J. DAVIS                                             DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

Counsel for Defendants Swift Transportation Co. of Arizona, LLC and Tevin J. Davis hereby notifies the Court and counsel that his address is changed to **Kopka Pinkus Dolin PC, 462 South Fourth Street, Suite 101, Louisville, Kentucky 40202.** The parties and Clerk are requested to update their pleadings and certificates of service accordingly.

                                               Respectfully submitted,

                                               KOPKA PINKUS DOLIN, PC
                                               Stockard R. Hickey III

                                               /s/ Stockard R. Hickey III
                                               462 South Fourth Street, Suite 101
                                               Louisville, Kentucky 40202
                                               502.785.2818
                                               srhickey@kopkalaw.com
                                               Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Plaintiff.

                                                    /s/ Stockard R. Hickey III
                                                    Counsel for Defendants