# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

TIFFANY LOCKE                                                                PLAINTIFF

v.                                              CIVIL ACTION NO.: 5:18-cv-00119-TBR

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
and TEVIN J. DAVIS
                                                                            DEFENDANTS

## PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, Tiffany Locke, through counsel, hereby responds to Defendant Swift Transportation Co. of Arizona, LLC's Interrogatories and Requests for production of Documents as follows:

### INTERROGATORIES

Interrogatory 1: Identify all persons providing information for these responses.

**Answer:**

**Plaintiff Tiffany Locke with assistance of counsel.**

Interrogatory 2: State whether all of your answers to the interrogatories served in state court in this action are accurate and complete.

> Answer:
>
> **To the best of Plaintiff's knowledge and understanding, the answers to interrogatories served in the state court action are accurate and complete.**

Interrogatory 3: For any of your answers to the interrogatories served in state court in this action that are not accurate and complete, please state an accurate and complete response for each.

> Answer:
>
> **See Plaintiff's response to Interrogatory number 2 above.**

Interrogatory 4: Identify all social media accounts, memberships, and apps (including but not limited to Facebook, Google, Twitter, Instagram, Snapchat, Pinterest, Tumblr, LinkedIn, MySpace, Foursquare, Periscope, etc.) maintained by you or on your behalf at any time since April 26, 2016.

> Answer:
>
> **Facebook, Instagram, Snapchat, Pinterest and LinkedIn.**

Interrogatory 5: Please confirm that you have read the information and instructions below and complied with the following for downloading information from your Facebook account.

> Downloading information from Facebook
>
> a. Log into account (you may need to enter your password at various points throughout this process).

b. Click on drop-down arrow in the upper right-hand corner, and then click on "Account Settings."

c. Scroll down and click on "Download a copy of your Facebook data."

d. Click on the "Start my Archive" button.

e. A box will then appear in the middle of the screen titled "Start my Archive." Click on that button.

f. You will then be told to wait while your archive is prepared. Facebook will send you an email confirming when your download is ready, and you can just click on the link in the body of the email message sent by Facebook (if you do not get an email, just log onto Facebook after approximately thirty minutes and follow steps one through three).

g. You will see that your archive is ready to download. Click the download button, which may prompt you to re-enter your password, and click "continue."

h. Click on the "Download Archive" button.

i. A box will appear asking you to download a .zip file. Click "Save."

j. A pop-up window will then appear asking you for a path where you would like to save the file. Pick a location where the .zip file is easily able to be found (e.g. My Documents folder).

k. Send an email to your attorney attaching the .zip file saved in Step 10 so that he can produce the file.

Your file will include the following information:

- Your profile (timeline) information (e.g. your contact information, interests, groups);

- Wall (timeline) posts and content that you and your friends have posted to your profile (timeline).

- Photos and videos that you have uploaded to your account.

- Your friend list.

- Notes you have created.

- Events to which you have RSVP'd.

- Your sent and received messages.

- Any comments that you and your friends have made on your Wall (timeline) posts, photos, and other profile (timeline) content.

**Answer:**

**Objection. This Interrogatory seeks information that is not relevant to any party's claims or defenses as it seeks the entire archive generated by the social media website at any point in time without regard to whether the content has any connection to the subject crash. For the same reason, this interrogatory is overly broad as the entire archive potentially contains thousands of pages of material that have no bearing on the issues or relevance to the present case. Moreover, the requested documents are not designed to lead to discovery of admissible evidence nor proportional to the needs of this case.**

## REQUESTS FOR PRODUCTION

1. All data you can download from your Facebook, Twitter, Snapchat, MySpace, Foursquare, or other social media account, membership, or app including, but not limited to, all postings, profile information, wall posts, photos, videos, notes, information concerning events to which you have RSVP'd, messages sent and received by you and others, and comments made by you and others relating to wall or timeline posts, photos, videos, and any other content dated, entered, or posted on the day of the subject accident and/or within the next six (6) months.

**Response:**

**Objection. This Request seeks information that is not relevant to any party's claims or defenses. Moreover, the requested documents are not designed to lead to discovery of admissible evidence nor proportional to the needs of this case.**

2. All images, information, and data from any social media account or membership maintained by you on April 26, 2016 and/or for six (6) months afterwards that relate to your activities or mental status.

**Response:**

**Objection. This Request seeks information that is not relevant to any party's claims or defenses and have no bearing on the issues or relevant to the present case.**

Respectfully submitted,

WRIGHT LAW, PLC

*s/Matthew E. Wright*
By: Matthew E. Wright
840 Crescent Centre Drive
Suite 310
Franklin, TN 37067
Phone: (615) 455-3588
Fax: (615) 468-4540
mwright@wrightlawplc.com
www.wrightlawplc.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via Email to the following:

Stockard R. Hickey, III
Kopka Pinkus Dolin PC
462 South Fourth Street
Suite 101
Louisville, KY 40202

Austin Kennady
Bryant Law Center, PSC
601 Washington Street
PO Box 1876
Paducah, KY 42002-1876

on this the 14th day of November 2018.

/s/ Matthew E. Wright
Counsel for Plaintiff