## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

TIFFANY LOCKE                                                    PLAINTIFF

v.                                   CIVIL ACTION NO.: 5:18-cv-00119-TBR

SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
and TEVIN J. DAVIS
                                                          DEFENDANTS

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO TAKE MEDICAL PROOF OUTSIDE DISCOVERY DEADLINES

Before this Court is Plaintiff's Unopposed Motion for Leave to Take Medical Proof Outside Discovery Deadlines (D.E. 34). Prior to filing said Motion, Counsel for Plaintiff consulted with counsel of record for the Defendants, Rob Hickey, who responded that he does not oppose the Motion.

The Court finds this Motion well-taken, and the Motion is hereby GRANTED.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff may take medical proof outside of the existing discovery deadline of August 1, 2019.

                                                         _____
                                                         Thomas B. Russell, Senior Judge
                                                         UNITED STATES DISTRICT COURT

                                                         Date: _____